IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

MARTINA VILLEGAS,

    Plaintiff,

v.

THOMAS DUBIEL; FARMER'S CHOICE, LLC,

    Defendants.

No. 1:23-cv-00904-CL

ORDER

AIKEN, District Judge.

    This case comes before the Court on a Findings and Recommendation ("F&R") filed by Magistrate Judge Mark Clarke. ECF No. 28. Judge Clarke recommends that Plaintiff's Motion for Default Judgment, ECF No. 24, be granted and judgment be entered against Defendant Farmer's Choice, LLC in the amount of $8,468.25.

    Under the Federal Magistrates Act, the Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). If a party files objections to a magistrate judge's findings and recommendations, "the court shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.*; Fed. R. Civ. P. 72(b)(3).

    For those portions of a magistrate judge's findings and recommendations to which neither party has objected, the Act does not prescribe any standard of review.

Page 1 – ORDER

*See Thomas v. Arn*, 474 U.S. 140, 152 (1985) ("There is no indication that Congress, in enacting [the Act], intended to require a district judge to review a magistrate's report to which no objections are filed."). Although no review is required in the absence of objections, the Magistrates Act "does not preclude further review by the district judge[] *sua sponte* . . . under a *de novo* or any other standard." *Id.* at 154. The Advisory Committee Notes to Fed. R. Civ. P. 72(b) recommend that "[w]hen no timely objection is filed," the court should review the recommendation for "clear error on the face of the record."

In this case, no party has filed objections to the F&R. The Court has reviewed the F&R and finds no error. The Court therefore ADOPTS the F&R and GRANTS Plaintiff's Motion for Default Judgment, ECF No. 24. Default judgment shall be entered in favor of Plaintiff and against Defendant Farmer's Choice, LLC in the amount of $8,468.25 as set forth in the F&R.

It is so ORDERED and DATED this  14th  day of May 2024.

      /s/Ann Aiken
      ANN AIKEN
      United States District Judge